IN RE:           )
                 )
PEOPLE           )          CASE NO.:    21FE019505
                 )
    vs.          )
                 )
CHIJIOKE ISAMADE )
                 )
                 )

ELEXIS BERNAL 1-24-2023 TELEPHONE INTERVIEW BY STEVEN ANDERSON
(V to Inv on 1-24-2023 (2nd interview))
* * *
Transcribed by: Lisa A. Ward
Date Transcribed: March 3, 2023

Anderson:    All right, so I am on the phone with Elexis Bernal, is that how you pronounce your last name?

Bernal:      Yes.

Anderson:    Okay. And I called you at oh gosh, ███████████, is that right?

Bernal:      Yes.

Anderson:    Okay. And you and I spoke earlier today.

Bernal:      Right.

Anderson:    About the um, incident between yourself, again one more time, pronounce his first name for me.

Bernal:      Uh, Chijioke.

Anderson:    Chijioke, okay. Um, we spoke earlier, you gave me some background um, regarding your dating relationship. Um, I'd like to go over the police report with you. Um, and what I'll do is, I'll stop every um couple paragraphs or so and ask you

Isamade, Chijioke/21FE019505                  - 1 -

if there's anything that you'd like to correct. Okay?

Bernal:    Okay.

Anderson:    Okay. So this is um, the first is for the Sacramento Police Department. And it was written by it looks uh Officer or Detective Celina Fuerte. And so the first couple paragraphs say, On 11/22 of '21 at approximately 0228 hours I, Officer Fuerte, made contact with the victim, Elexis Bernal via telephone and obtained her statement. My body worn camera was activated and recording. Victim Bernal stated the following in summary. Everything started in the hallway. He tried to grab the keys to my vehicle and I tried to ask him not to leave with my car. I tried to grab the keys from him, that's when we went outside and he tried to drag me into the car. He dragged me to the car by my hair, then bit me, then pushed me. He bit me everywhere. He said I was going to die. He was going to chop me up and take me to Nevada. He said we'll go towards Reno so no one could touch us since it's Nevada County. Is any of that uh, anything you would - - you would say is different than what actually happened?

Bernal:    Um, yeah, uh, like I explained earlier um, we

- 2 -

were cleaning, um, we had disagreements. Um, that um, he tried to leave so I ran after him, um we were in the middle of clean and not fully dressed. So um, because of things - - because of my past um, just uh, I just kind of ran out there and tried to stop him.

Anderson: Okay.

Bernal: Um, by my free will went (inaudible).

Anderson: Okay, no problem. And um - -

Bernal: (Inaudible) disagree with that part.

Anderson: Okay. When you and I spoke earlier, which was also record, um, as well as this phone call, that um, you had some issues with him saying that he was going to go to Stockton and there was some issues with him and another woman that you were nervous about?

Bernal: Correct.

Anderson: Okay.

Bernal: And that's why I had fear of him, you know, leaving.

Anderson: Okay. All right, so I'm going to read the next um, two, three paragraphs. He dragged me to the car by my hair, then bit me, then pushed me and he bit me everywhere. Oh, we already read that part, I apologize. He talked about raping, killing me, killing my daughters, take videos,

hurting them. We've been together for a few years. Currently right now - - right now he has an ankle monitor for ICE. The reason why we're up packing stuff was because he - - we were going tomorrow to Los Angeles for him to turn himself into the US Marshals. He has until tomorrow, which is 11/23 of '21 to turn himself in. I think he was upset about having to go back to federal prison. The kids aren't biologically his. They were not here when this happened. They were already at my mom's house. It's just the stuff he was saying he was going to do. Is any of that uh - -

Bernal:    So yeah, so I think they're like getting mixed up a bunch of things. I feel like they are just taking bits and pieces of each people's statements. Because I honestly don't remember talking. I remember that phone call blurred. I remember sitting in the hospital. I remember somebody giving me their cell phone to speak to somebody.

Anderson:    Uh-huh.

Bernal:    Who said they were Sacramento PD. I don't know, it was a blur. I just remember them asking if they had permission to enter my house. I told them no.

- 4 -

nderson:      Okay.

Bernal:       They begged me. I told them no. They said that's the only way because the doors are open because (inaudible) struggle. Again, I said no. Um, I - - they did state my mom was there and I said I would feel more comfortable, not that I'm not trying to not cooperate. I don't want (inaudible) help. It's just, I didn't want anyone entering in the house. Um, but I told them you're more than welcome to take the statement over the phone. Um, my mom, they told me my mom (inaudible) my house. I asked about - - I asked about my cell phone. Um, and that was all (inaudible) I don't really remember - - I don't really remember making a statement.

Anderson:     Okay. Did he - - did he say those things about raping, killing your - - killing you, killing your daughters? Did he say any of that stuff?

Bernal:       Well, no. No, we were just - - no, we were just having disagreements about everything (inaudible).

Anderson:     Speaking of your house. Um, do you have a surveillance system?

Bernal:       Um, I do. Um, but I don't have the clips for that day. I guess like they have like storage where you're supposed to save them. Um, yeah that was

Anderson:  bad (inaudible). Did you tell the police that you had a surveillance system?

Bernal:  Uh, yes, they know they can see when - - they mentioned it to me, they can see when they walked up 'cause they seen the lights (inaudible).

Anderson:  Okay. All right. Excuse me, a little bit of a cough there.

Bernal:  Okay, no problem.

Anderson:  All right, so let me uh keep reading. He was driving crazy, swerving into cars, saying he was trying to kill us. He started talking about trafficking and what he would do to me and my daughters and this country. He kept hitting the top of my spine and he told me all he had to do was snap it and that that would be it. He said he'd chop me and my kids up and if I contact the police this time and tell on him he will know. He'll go over to my family's house and first do it to my daughters to make me suffer, and rape my 14 year old. Is any of that uh, is there anything different than what actually happened? Is that accurate?

Bernal:  No, it's not accurate. Like I stated already in the beginning when I first met you in person, kind of what happened, I feel that's really what

- 6 -

happened.

**Anderson:** Okay, um, I'm going to keep going with some of the more very specific stuff, and I apologize I know this is um, might be a bit repetitive.

**Bernal:** Yeah.

**Anderson:** Um, the sex assault happened when we were on the freeway. We were going to Stockton to grab the rest of his stuff. I kept begging him, but then I got quiet because I seen the screaming was making him mad and antagonizing him. That's when he started socking me in my head multiple times telling me it was punishment. He rolled down all the window - - windows, as I'm naked and he told me to suffer and get cold. He told me he'd make me pee and shit on myself and I'd suffer. He said he would cut off his ankle bracelet, take me to Mexico, sell me, rape and then stick an iron in me so no one would ever touch me again.

**Bernal:** Yeah, I never said that. I read that part. I never said that.

**Anderson:** Okay.

**Bernal:** I know that for a fact. I know that was never ever, ever said. So don't - - but an iron. Yeah, I don't - - I don't know what - - where they (inaudible) I feel like, I feel like somebody was taking bits and pieces of certain things.

Tsamada, Chrjsoke/21FE019505

Anderson:   Okay.

Or other people, or (inaudible) didn't remember.

Bernal:   I don't know what they did.

Anderson:   Okay.

Bernal:   I'm so confused. I like, yeah (inaudible) was confused.

Anderson:   No problem. Uh, I'm going to continue a couple more paragraphs that I know are probably hard to hear. Um, it's pretty graphic stuff. Uh, he was sticking his fingers in my vagina. He kept hitting me and saying those things to me and I was crying. I had no bottoms. I had no clothes on. He hit my breasts a few times. Hit my arm. Hit my head and legs. I believe I was in Lodi when this happened. Right after he tried to hit a car, we got off an exit and I see a Chevron. He was attacking me in the parking lot of the Chevron. Is any of that uh, is all that accurate?

Bernal:   Um, I'm sorry, can you repeat that one more time?

Anderson:   Uh, the whole thing or just, you want the last paragraph or the - -

Bernal:   The last paragraph, yes.

Anderson:   Right after he tried to hit a car we got off on an exit and I see a Chevron. He was attacking me in the parking lot of the Chevron.

Bernal:   Um, that's just when we have a disagreement, and

- 8 -

um, we kind of separated.

Anderson: Okay. What about uh the issue of him digitally penetrating your vagina with his fingers?

Bernal: Oh okay, I'm sorry I forgot all about that paragraph. Um, no so he's never um, touched me. He never sexually touched me. He's never been weird with my kids. Anybody's kids. Um, he, he's actually pretty good. Um, he's been around my daughters for - - since they were younger.

Anderson: Okay.

Bernal: And for him having like his own children um, I believe he's very good. Um, so I don't have any doubts with that. Um, but and I feel like my daughters or like - - are like his um, whether it's biologically or not. I remember, I know that bothered him because - - and I remember never stating it the way that they wrote in the um, statement. I remember them asking me do you guys have children together, and I said yeah. They said how many. I said two. They said, are they biologically his? And I said well does it really matter, and um, he said yes this is for the facts. And I said well, not by blood but they are. Um, and I remember them, I remember reading that little piece and I'm like okay the way that they did it wasn't - - so just from reading that

Bernal, Alexis 1-21-23 Phone Interview
(V to Inv on 1-24-2023 (2nd interview))

everyone kind of worded what they wanted to word and how they wanted to word it and everybody put everything together. But um, he never sexually assaulted me or my kids or anybody.

Anderson: Okay.

Bernal: Um, so it's never happened.

Anderson: All right, and I've got just one last part here on this initial report. When he wasn't looking I tried to take the keys out of the ignition. That's when he broke my nail and started hitting me, elbowing me, biting me, grabbing me, hitting me in my back. I got out of the car and he tried to run me over. I ran in the bushes and he took off. He never had permission to drive my vehicle or take my vehicle. I want to press charges.

Bernal: Mm-hm. Um, so uh, again um, I guess kind of what we talked about earlier just the leading. Um, and like I mentioned earlier we just had the disagreements, and um, I did try to get out the car or exit, or I did try to grab something um, but we did have a disagreement. Um, and I got out the car.

Anderson: Okay, and were you assaulted at all?

Bernal: Uh, no I wasn't assaulted but we just had - - we just had disagreements.

Anderson: Okay.

Isamade, Chijioke/21FE019505

Bernal: We weren't on the same page.

Anderson: Earlier you had told me that um you guys typically share belongings including your car. Is that accurate?

Bernal: Yeah, that's accurate.

Anderson: Okay. All right um, think uh, did you have any conversations or did you complain to the district attorney about him contacting you from the jail?

Bernal: Um, I did.

Anderson: Okay. Um, why did you complain about him contacting you from the jail?

Bernal: Um, because I think I was really frustrated um, I wanted just time to myself um, to understand just where - - where everything was. Um, and I was just getting calls and just, weird calls, and peop- - - and calls from Sharral, but the way that they were - - the way I felt like the intimidation was was um, I had a false criminal report. I had false criminal report, a couple false criminal reports filed against me, filed against my kids after what happened. Um, I had to go through multiple investigations. I had to cooperate with Stockton, Lodi, different counties that they were making up things, um, Sharral was. So as I would get the complaints and the restraining orders and her name would be at the

bottom.

Anderson:    Okay.

Bernal:    Um, so I just felt like I was at the time being harassed. Um, I felt like whatever was going on, I felt like it was them and I just wanted to be kinda left alone if we weren't on the same page or if we were departing. Or whatever. Again, I don't know 'cause I didn't talk to him 'so I don't know where we sit. But um, I just didn't like all these extra things as I'm trying to process things.

Anderson:    Okay.

Bernal:    Um, (inaudible) go to them and I gave it to them because I wanted them to know what was going on and I just kinda wanted to be left alone to be by myself.

Anderson:    Okay. Um, earlier we talked a little bit about the surveillance system at your house.

Bernal:    Oh, I'm sorry one more thing.

Anderson:    Yeah?

Bernal:    I just wanted to respond.

Anderson:    Yeah.

Bernal:    Directly to these allegations that are not true because I don't have any, you know, I want to make sure I keep my name - - I don't wanna have something on me that I'm not actually doing.

Isamade, Chijioke/21FE019505    Bernal, Elexis 1-24-23 Phone Interview
IV to Inv on 1-24-2023 (2nd interview)

Anderson: Okay.

Bernal: I had to respond and the only way to respond is to, you know, you have to respond legally.

Anderson: Um, you know you have to respond honestly, um, that's the most important thing.

Bernal: Honest - - honestly and legally.

Anderson: Yeah.

Bernal: And you know I mean it's not like a bad way or taking it into my hands I just responded, you know, the way that I was given, but yeah honestly.

Anderson: Okay. Um, earlier we talked a little bit about the surveillance system at your home. Um, and you said the police asked you about it. Did you offer um, the police to take a look at that surveillance system or offer to make them a copy at the time of what had happened?

Bernal: Okay, I don't know, at the time - - I don't know if it was recording or not or um, I remember them asking me about it but I don't remember. I think they were kind of focused on other things.

Anderson: Okay. Was it maybe uh, did you maybe prefer them not to have just based on what was being said at the time was maybe different than what actually had happened?

Bernal: Um, that - - yeah that - - yeah that could be uh

Anderson: definitely the case. Um, yeah.

Okay. All right. Um, Elexis, thank you very much for agreeing to this recorded interview um, on the phone. And uh, I wanted to make sure that I had gone over the report with you.

Bernal: Okay.

Anderson: Um, I uh, I will contact you again if I have any more questions. Um, but thank you for your time, and uh, you have a good evening okay.

Bernal: Okay, thank you so much. You too Mr. Anderson.

Anderson: All right, take care.

Bernal: Okay, thanks. Bye-bye.

Anderson: Bye-bye.

- 14 -

CERTIFICATION OF TRANSCRIBER

I, LISA A. WARD, do hereby certify that the foregoing transcript of the **ELEXIS BERNAL 1-24-2023 TELEPHONE INTERVIEW BY STEVEN ANDERSON (V to Inv on 1-24-2023 (2nd interview))** audio and/or video file is true and accurate to the best of my knowledge and ability.

Executed on March 3, 2023, at Loomis, California.

/s/ Lisa A. Ward
LISA A. WARD

# Exhibit A

My name is Eletis Bernal of 4400 Attawa ave Sacramento CA, 95822

My statements dated November 2021 and december 2021 are Both without merit.

Chijioke Isamade is my Fiancee and Life partner Since September 2018. We have cohabitated peacefully for 3 years; We Share our finances and all assets/Liabilites including our sacramento home and our 2 automobile vehicles. My kids and I adore him, he is a Loving parent, a respectful partner. and A peaceful provider.

He is my husband and Life partner Here are my sworn Facts:
1. My Fiancee Never pulled my hair and he never Forced me into the car.
2. My Fiancee Never initiated or attempted to initiate or indulge in any Sexual acts on our drive To Stockton CA from our resident in Sacramento - Both I was Threatned By my Fiancee "energy" But none of his words were unconditional or immediate and i never Believed that he specifically meant To communicate fear or any clear threats. My Fiancee Never once possessed a firearm since his Release in October 2021

2nd page

I do not intend to futher pursue any civil or criminal charges against Chijioke Isamade. He has never had a violent character. for once in our 6 years plus partnership. He does suffer mental health ailments and we are pursing professional "Marriage Counselling" already to better ourselves. Everyone makes mistakes and nobody is perfect. He is a good educated loving man and a Leader.

Kind Regards,

Elexis Bernal.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Sacramento**

On **06-30-2023** before me, **G. Gill    A Notary Public**
         (Date)                        (Here, insert Name and Title of the Officer)

personally appeared **ELEXIS  BERNAL**
                              (Name(s) of Signer(s))

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
         (Signature of Notary Public)

G. GILL
Notary Public - California
Sacramento County
Commission # 2415863
My Comm. Expires Sep 13, 2026

Document 1

My name is Elexis Bernal at 4400 Attawa ave. Sacramento CA 95822

Chijioke Isamade is my Fiance and Life partner since September 2018. We have cohabitated peacefully for 3½ years and we share our Finances and assets including our Sacramento home and 2 vehicles. my kids and I love him he is a loving parent and respectful partner No marriage is easy. He is my husband and Life partner

Here are my sworn Facts

1. My Fiance never pulled my hair and never Forced me into the car.

2. My Fiance never initiated or attempted to initiated or indulge in any sexual acts on our drive From Sacramento To Stockton ~ BWPA

3. I was Threatned my Fiance "energy" But none of his words were uncontional or immediate and I never Believed that he specifically meant To communicate For any clear threats

4.

my Fiance never once possessed a Fiearm



SEE ATTACHED NOTARIAL ACKNOWLEDGEMENT CERTIFICATE DATED 05/25/2022

Since his release in October 2021

I do not intend to further pursue any criminal charges against Chijioke Isamdde. He has never had a violent character for once in our 3 years plus partnership. he does suffer From mental illness/health and we are pursuing proffessional marriage counselling and help already to Better our selves. everybody makes mistakes and nobody is perfect, but we our Pushing To Learn and move forward. We as a couple are working on solutions that prioritize OA stability And getting treatment and help instead of Cycling them through Jail.

Elexis Bernal
4400 Attana Ave.
Sacramento CA 95822

— SEE ATTACHED —
NOTARIAL ACKNOWLEDGEMENT
CERTIFICATE
DATED 05/25/2022

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Sacramento _____ )

On ___05/25/2022___ before me, Jaya Rao, Notary Public _____
(insert name and title of the officer)

personally appeared ___Elexis Bernal_____ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

JAYA RAO
COMM. # 2323817
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. MAR 10, 2024