711 G Street 4th Floor, Suite 451 Sacramento, CA 95814
9168759918  Fax: 9168548983

**CHIJIOKE ISAMADE**  ███  █████████

████████████████████████████████  ████████████

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | CHIJIOKE ISAMADE | **Home Phone:** | |
| **Address:** | GENERAL DELIVERY | **Work Phone:** | |
| | SACRAMENTO, CA    95814 | | |

███████ █████  ██████

███████ █████

**Gender:** Male     **Status:** Active

**Contact By:**     **Marital Status:**

**Race:** Black or African American

**Language:** English

███████ ██████

**Resp Prov:**

**Referred by:**     **Emp. Status:**

**Email:**     **Sens Chart:** No

**Home LOC:** Adult Correctional Health     ███ █████

## Problems

Aortic aneurysm- sutter eval 7/2025: Aneurysm of the ascending aorta 48 mm unlikely source of the patient's discomfort; needs yearly CT angio (ICD-441.9) (ICD10-I71.9)
Hypertension (ICD-401.9) (ICD10-I10)
Aortic regurgitation, mild - Echo done at sutter 7/2025 (ICD-424.1) (ICD10-I35.1)
Mitral regurgitation, mild (ICD-396.3) (ICD10-I34.0)
Noncardiac chest pain (ICD-786.59) (ICD10-R07.82)
Sprain of unspecified ligament of left ankle, subsequent encounter (ICD-V58.89) (ICD10-S93.402D)
Contusion of unspecified front wall of thorax, initial encounter (ICD-922.1) (ICD10-S20.219A)
Tinea pedis (ICD-110.4) (ICD10-B35.3)
Ankle pain, left (ICD-719.47) (ICD10-M25.572)
Knee pain, right (ICD-719.46) (ICD10-M25.561)
Obstructive sleep apnea on CPAP (ICD-327.23) (ICD10-G47.33)
Unspecified Mental Disorder (ICD-300.9) (ICD10-F99)
Hyperlipidemia (ICD-272.4) (ICD10-E78.5)
GERD (ICD-530.81) (ICD10-K21.9)
Chronic kidney disease (CKD), stage 3 unspecified (ICD10-N18.30)
Migraine (ICD-346.90) (ICD10-G43.909)
* Restored/Competent to stand trial.
Morbid obesity (ICD-278.01) (ICD10-E66.01)
Wrist joint pain, right (ICD-719.43) (ICD10-M25.531)
Outpatient Services (ICD10-F99)
Cluster B traits (ICD-V40.9) (ICD10-F99)
FOSS III (ICD10-F99)

## Procedures

## Medications

LOSARTAN POTASSIUM  (COZAAR) TAB 100 MG (LOSARTAN POTASSIUM) 1 by mouth qam; Route: ORAL
Last Refill:  #365 x 0,  05/13/2025, John Fitz-Gibbon, MD
SUMATRIPTAN SUCCINATE 50 MG ORAL TABLET (SUMATRIPTAN SUCCINATE) Give 1 tab po as needed for migraine onset, may repeat >2hour if needed (max 2/day) MAX #10 /Month; Route: ORAL
Last Refill:  #120 x 0,  05/13/2025, John Fitz-Gibbon, MD
CARVEDILOL  (COREG) TAB 12.5 MG (CARVEDILOL) 1 by mouth bid; Route: ORAL
Last Refill:  #720 x 0,  07/20/2025, Eric Kim