O AO 94   (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

### Eastern District of California

| | **FILED** |
|---|---|
| UNITED STATES OF AMERICA | Mar 12, 2026 |
| | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

**V.**

**COMMITMENT TO ANOTHER**

**DISTRICT**

CHIJIOKE CHUKWUMA ISAMADE                    Case No.    2:26-mj-00022-SCR

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 3:23-cr-30038 | 2:26-mj-00022-SCR | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_____ Indictment     _____ Information     _____ Complaint  _x_ Other (specify)  TSR Violation Petition

**charging a violation of**        18      **U.S.C. §**   3583(c)(3)

**DISTRICT OF OFFENSE**   Central District of California

**DESCRIPTION OF CHARGES:**

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

**CURRENT BOND STATUS:**

_____ Bail fixed at $_____              and conditions were not met

_____ Government moved for detention and defendant detained after hearing in District of Arrest

_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense

_____ Other (specify)

**Representation**        _____ Retained Own Counsel    _X_ Federal Defender Organization    _____ CJA Attorney    _____ None

**Interpreter Required?**             _X_ No    _____ Yes         Language:_____

**DISTRICT OF**   CALIFORNIA, EASTERN DISTRICT

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| March 12, 2026 | |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |