**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**March 13, 2026**

United States District Court
Central District of California
350 W 1st Street, Suite 4311
Los Angeles, CA 90012–4565

**RE:**       **USA  vs.  CHIJIOKE CHUKWUMA ISAMADE**
**USDC No.:**    **2:26–MJ–00022–SCR**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated March 12, 2026 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 6**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

 /s/  **J. Watson**

Deputy Clerk

DATE RECEIVED:

RECEIVED BY:

*(Print Name)*

NEW CASE NUMBER: